IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

       v.                          *       Criminal No. MJG-11-0652

EFPLOIA SHIPPING CO., S.A.        *

   *   *   *   *   *

UNITED STATES OF AMERICA          *

       v.                          *       Criminal No. MJG-11-0671

AQUAROSA SHIPPING A/S             *

   *   *   *   *   *   *   *   *   *   *   *

ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATIONS

The Court, absent objection, hereby adopts the Recommendations of United States Magistrate Judge Gallagher, in her Report and Recommendations issued July 22, 2016 [ECF No. 87 in MJG-11-652 and ECF No. 80 in MJG-11-671].

Accordingly:

1. The Court hereby awards counsel fees and expenses totaling $25,277.51, of which $10,000.00 has heretofore been paid.

2. The Court shall, by separate Order, direct the Clerk to disperse the funds held in regard to these cases as follows:

    a. To the United States, $375,000.00 plus 40.54% of the interest in the account less any registry fee.

    b. To Salvadore Lopez, $170,000.00 plus 59.46% of the interest in the account less any registry fee.

      c.     Counsel for Salvadore Lopez shall be paid, from the funds paid to Mr. Lopez, the sum of $15,277.51 without interest.

SO ORDERED, on <u>Monday, August 15, 2016</u>.

                                                                          Marvin J. Garbis  
                                                         United States District Judge